Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA  94111
415-979-0100
415-979-0747 (fax)

Attorneys for Defendants Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GREEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TIM W. PHILLIPS, CITY OF DUBLIN, THE COUNTY OF ALAMED, PRISON HEALTH SERVICES, INC. and DOES ONE to ONE HUNDRED, inclusive,<br>　　　　Defendants. | Case No.:  CV 10-3915 SI<br><br>**STIPULATION FOR DISMISSAL OF CLAIM AGAINST PHS; [PROPOSED] ORDER** |

### Stipulation

Defendant Prison Health Services, Inc. (PHS) contends that Plaintiff's Eighth Claim for Relief ("*Interference with Civil Rights by Threats, Intimidation or Coercion – California Civil Code Section 52.1*") is substantively untenable as to it, and that the First Amended Complaint lacks sufficient allegations to state a cognizable claim Civil Code §52.1 claim against it regardless.  Plaintiff Jeffrey Green lacks evidence sufficient to contend otherwise at this time. Plaintiff and PHS thus stipulate to dismissal of that claim as to PHS, without prejudice.  (Counsel for the other defendants who have appeared in this action have confirmed they have no objection to dismissal of that claim as to PHS.)

SO STIPULATED:

DATED:  October 19, 2010						LAW OFFICES OF NANCY E. HUDGINS

							/s/ *Matthew M. Grigg*

							Matthew M. Grigg
							Attorneys for Defendant Prison Health Services, Inc.

DATED:  October 19, 2010						GEARINGER LAW GROUP

							/s/ *Brian Gearinger*

							Brian Gearinger
							Attorneys for Plaintiff Jeffrey Green

**(Proposed Order Follows On Next Page)**

**Order**

Pursuant to the stipulation by Plaintiff Jeffrey Green and Defendant Prison Health Services, Inc. (PHS), Plaintiff's Eighth Claim for Relief ("*Interference with Civil Rights by Threats, Intimidation or Coercion – California Civil Code Section 52.1*") against PHS is hereby dismissed without prejudice.

SO ORDERED this ___ day of October, 2010.

_____
Susan Illston
U.S. District Court Judge

PROOF OF SERVICE

I, Lydia Burton, declare that I am employed in the County of San Francisco, State of California, am over the age of eighteen years, and am not a party to the within action. My business address is 565 Commercial Street, Fourth Floor, San Francisco, California 94111.

On October 19, 2010, I served the within:

1. **STIPULATION FOR DISMISSAL OF CLAIM AGAINST PHS; [PROPOSED] ORDER.**

on the party(ies) to this matter by providing a true and correct copy(ies) of same to:

| | |
|---|---|
| Brian Gearinger | Gregory Rockwell |
| Gearinger Law Group | Boornazian, Kensen & Garthe |
| 825 Van Ness Avenue, 4th Floor | 555 12th Street, Ste. 1800 |
| San Francisco, CA 94109 | Oakland, CA 94607 |

in the following manner:

/X/   BY FIRST-CLASS MAIL. I placed such document in a sealed envelope(s) addressed to that party(ies), with postage fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practice at the Law Offices of Nancy E. Hudgins for the processing of correspondence, i.e., in the ordinary course of business, outgoing mail is deposited in the United States mail the same day as it is placed for processing in our mail room.

/ /   BY FACSIMILE. I caused the said document(s) to be transmitted by facsimile machine to the number indicated after the addressee(s) noted above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 19, 2010, at San Francisco, California.

*/s/ Lydia Burton*
Lydia Burton