IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GREEN,<br><br>        Plaintiff,<br><br>  v.<br><br>TIM W PHILIPPS,<br><br>        Defendant.<br>                                           / | No. C 10-03915 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 8, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 19, 2011.

DESIGNATION OF EXPERTS: 10/14/11; REBUTTAL: 11/4/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by August 26, 2011;

    Opp. Due September 9, 2011; Reply Due September 16, 2011;

    and set for hearing no later than September 30, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 10, 2012 at 3:30 PM.

JURY TRIAL DATE: January 17, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 9 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The deadline to amend the pleadings is February 21, 2011.
This case shall be referred to the Court's mediation program. The mediation session shall occur in June 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                            SUSAN ILLSTON
                                                            United States District Judge