GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26548
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
CITY OF DUBLIN, COUNTY OF ALAMEDA
and TIM W. PHILIPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GREEN,<br><br>    Plaintiff,<br><br>vs.<br><br>TIM W. PHILIPPS, CITY OF DUBLIN, THE COUNTY OF ALAMEDA, PRISON HEALTH SERVICES, INC. and DOES ONE to ONE HUNDRED, inclusive,<br><br>    Defendants. | Case No.: C 10-3915 SI<br><br>**STIPULATION FOR DISMISSAL OF CLAIM AGAINST DEFENDANTS TIM W. PHILIPPS, CITY OF DUBLIN and COUNTY OF ALAMEDA; and [PROPOSED] ORDER**<br><br>Complaint Filed: September 1, 2010<br>First Amended Complaint Filed: September 3, 2010 |

## STIPULATION

Defendants Tim W. Philipps, City of Dublin and County of Alameda contend that Plaintiff's Eighth Claim for Relief ("Interference with Civil Rights by Threats, Intimidation or Coercion – California Civil Code Section 52.1) is substantively untenable as to them, and that the First Amended Complaint lacks sufficient allegations to state a cognizable claim under California Civil Code section 52.1. Plaintiff Jeffrey Green lacks evidence sufficient to contend otherwise at this time. Plaintiff and defendants Tim Philipps, City of Dublin and County of Alameda thus stipulate to a dismissal of that claim as to these defendants, without prejudice. Counsel for the only other defendant, Prison Health Services, Inc., has previously had this claim dismissed without

-1-

1 | prejudice as to it.
2 | SO STIPULATED:
3 | DATED: February 11, 2011          BOORNAZIAN, JENSEN & GARTHE
                                       A Professional Corporation

5 |                                    By: _____/s/ Jill P. Sazama_____
                                              JILL P. SAZAMA, ESQ.
6 |                                          Attorneys for defendants
                                             TIM W. PHILIPPS, CITY OF
7 |                                          DUBLIN, and COUNTY OF
                                                    ALAMEDA

9 | DATED: February 18, 2011          GEARINGER LAW GROUP

11|                                    By: _____/s/ Brian Gearinger[1]_____
                                              BRIAN GEARINGER, ESQ.
12|                                          Attorneys for plaintiff
                                                JEFFREY GREEN

14| 26548\531745

---

[1] Plaintiff's counsel so stipulated and authorized use of his electronic signature on February 18, 2011.

-2-

STIPULATION FOR DISMISSAL OF CLAIM AS TO PHILIPPS, CITY OF DUBLIN AND COUNTY OF ALAMEDA; [PROPOSED] ORDER RE DISMISSAL OF CLAIM
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

# ORDER

Pursuant to the stipulation by plaintiff Jeffrey Green and defendants Tim W. Philipps, City of Dublin and County of Alameda, Plaintiff's Eighth Claim for Relief ("Interference with Civil Rights by Threats, Intimidation or Coercion – California Civil Code Section 52.1") against these defendants is DISMISSED without prejudice.

SO ORDERED

Date: _____2/23/11_____, 2011

_____
SUSAN ILSTON
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION FOR DISMISSAL OF CLAIM AS TO PHILIPPS, CITY OF DUBLIN AND COUNTY OF ALAMEDA; [PROPOSED] ORDER RE DISMISSAL OF CLAIM
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **STIPULATION FOR DISMISSAL OF CLAIM AGAINST DEFENDANTS TIM W. PHILIPPS, CITY OF DUBLIN and COUNTY OF ALAMEDA; and [PROPOSED] ORDER** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Brian Gearinger, Esq.<br>R. Stephen M. LaRoe, Esq.<br>Gearinger Law Group<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA  94109<br>Tel:  (415) 440-3102<br>Fax:  (415) 440-3103<br>E-mail:        brian@gearingerlaw.com<br>                   Stephen@gearingerlaw.com | **Attorneys for Plaintiff JEFFREY GREEN** |
| Nancy E. Hudgins, Esq.<br>Matthew M. Grigg, Esq.<br>Law Offices of Nancy E. Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 979-0100<br>Fax: (415) 979-0747<br>E-mail:        mmg@hudginslaw.com | **Attorneys for Defendant<br>PRISON HEALTH SERVICES, INC.** |

///

///

///

///

-4-

STIPULATION FOR DISMISSAL OF CLAIM AS TO PHILIPPS, CITY OF DUBLIN AND COUNTY OF ALAMEDA; [PROPOSED] ORDER RE DISMISSAL OF CLAIM
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

1 | I declare under penalty of perjury under the laws of the State of California that the
2 | foregoing is true and correct.
3 | Executed at Oakland, California, on February 22, 2011.

_____
Carmen Kalt

26548\531745

STIPULATION FOR DISMISSAL OF CLAIM AS TO PHILIPPS, CITY OF DUBLIN AND COUNTY OF ALAMEDA; [PROPOSED] ORDER RE DISMISSAL OF CLAIM
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI