1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26548
4  555 12th Street, Suite 1800
   Oakland, CA  94607
5  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
6
   Attorneys for Defendants
7  CITY OF DUBLIN and COUNTY OF ALAMEDA

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | JEFFREY GREEN,                          ) Case No.: C 10-3915 SI
                                             )
13 |         Plaintiff,                      ) STIPULATION REGARDING TENTATIVE
                                             ) SETTLEMENT OF ENTIRE ACTION AND
14 | vs.                                     ) REQUEST TO CONTINUE JULY 8, 2011
                                             ) CASE MANAGEMENT CONFERENCE;
15 | TIM W. PHILIPPS, CITY OF DUBLIN, THE    ) ~~PROPOSED~~ ORDER REGARDING SAME
     COUNTY OF ALAMEDA, PRISON               )
16 | HEALTH SERVICES, INC. and DOES ONE      )
     to ONE HUNDRED, inclusive,              )
17                                           ) Complaint Filed: September 1, 2010
             Defendants.                     ) First Amended Complaint Filed: September 3,
18 |_____) 2010

19

20       The undersigned hereby stipulate as follows:

21       All parties to the instant suit have reached a tentative settlement as to all issues raised

22 therein.  The parties are currently and in good faith preparing agreements pursuant to that

23 settlement and otherwise formalizing this settlement.  The parties anticipate accomplishing all of

24 these tasks and filing a stipulation to dismiss within the next 60 to 90 days.

25       For the forgoing reasons, the parties hereby request that the court continue the upcoming

26 case management conference set for July 8, 2011, at 3:00 p.m. to September 16, 2011, at 3:00 p.m.

27
                                              -1-
28
   STIPULATION REGARDING TENTATIVE SETTLEMENT OF ENTIRE ACTION AND REQUEST TO
   CONTINUE JULY 8, 2011 CASE MANAGEMENT CONFERENCE
   *Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

1  DATED: June 29, 2011

                              GEARINGER LAW GROUP

                              By: /s/ Brian Gearinger, Esq.[1]
                                    BRIAN GEARINGER, ESQ.
                                      Attorneys for Plaintiff

DATED: June 29, 2011

                              LAW OFFICES OF NANCY E. HUDGINS

                              By: /s/ Matt Grigg, Esq.[2]
                                    NANCY HUDGINS, ESQ.
                                    MATT GRIGG, ESQ.
                                    Attorneys for Defendant
                                    PRISON HEALTH SERVICES, INC.
                                    now named CORIZON HEALTH, INC.

DATED: June 29, 2011

                              BOORNAZIAN, JENSEN & GARTHE
                              A Professional Corporation

                              By: /s/ Jill P. Sazama, Esq.
                                    JILL P. SAZAMA, ESQ.
                                    Attorneys for Defendants
                                    TIM W. PHILIPPS, CITY OF
                                    DUBLIN and COUNTY OF ALAMEDA

26548\546547

---

[1] Plaintiff's counsel agreed to this stipulation and authorized counsel for defendants Tim W. Philipps, City of Dublin and County of Alameda to place his electronic signature on this stipulation on June 29, 2011.

[2] Counsel for defendant Prison Health Services, Inc., now known as Corizon Health, Inc., agreed to this stipulation and authorized counsel for defendants Tim W. Philipps, City of Dublin and County of Alameda to place counsel's electronic signature on this stipulation on June 29, 2011.

-2-

STIPULATION REGARDING TENTATIVE SETTLEMENT OF ENTIRE ACTION AND REQUEST TO CONTINUE JULY 8, 2011 CASE MANAGEMENT CONFERENCE
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

**ORDER**

Good cause appearing therefore, the Case Management Conference set for July 8, 2011 at 3:00 p.m. in action C 10-3915 SI is hereby continued to September 16, 2011 at 3:00 p.m. SO ORDERED.

Dated: 7/6/11

_____
SUSAN ILLSTON
United States District Judge

-3-

STIPULATION REGARDING TENTATIVE SETTLEMENT OF ENTIRE ACTION AND REQUEST TO CONTINUE JULY 8, 2011 CASE MANAGEMENT CONFERENCE
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI