GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26548
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
CITY OF DUBLIN and COUNTY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GREEN, | Case No.: C 10-3915 SI |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE OF DEFENDANT TIM W. PHILIPPS;** |
| vs. | ~~PROPOSED~~ ORDER REGARDING SAME |
| TIM W. PHILIPPS, CITY OF DUBLIN, THE COUNTY OF ALAMEDA, PRISON HEALTH SERVICES, INC. and DOES ONE to ONE HUNDRED, inclusive, | Complaint Filed: September 1, 2010 First Amended Complaint Filed: September 3, 2010 |
| Defendants. | |

All parties to the instant suit hereby stipulate to the dismissal with prejudice of defendant TIM W. PHILIPPS, each party to bear their own costs and attorney's fees with respect to this dismissal.

DATED: July  6 , 2011

GEARINGER LAW GROUP

By:_____/s/ Brian Gearinger, Esq.[1]
BRIAN GEARINGER, ESQ.
Attorneys for Plaintiff
JEFFREY GREEN

---

[1] Plaintiff's counsel agreed to this stipulation and authorized counsel for defendants Tim W. Philipps, City of Dublin and County of Alameda to place his electronic signature on this stipulation on July 6, 2011.

-1-

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT TIM W. PHILIPPS
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

DATED: July 7, 2011

LAW OFFICES OF NANCY E. HUDGINS

By: /s/ *Maya Pri-Tal, Esq.*[2]
NANCY HUDGINS, ESQ.
MATT GRIGG, ESQ.
MAYA PRI-TAL, ESQ.
Attorneys for Defendant
PRISON HEALTH SERVICES, INC.
now named CORIZON HEALTH, INC.

DATED: July 6, 2011

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ *Jill P. Sazama, Esq.*
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
TIM W. PHILIPPS, CITY OF DUBLIN and COUNTY OF ALAMEDA

26548\547487

---

[2] Counsel for defendant Prison Health Services, Inc., now known as Corizon Health, Inc., agreed to this stipulation and authorized counsel for defendants Tim W. Philipps, City of Dublin and County of Alameda to place counsel's electronic signature on this stipulation on July 7, 2011.

-2-

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT TIM W. PHILIPPS
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

**ORDER**

Pursuant to the stipulation of the parties, defendant TIM W. PHILIPPS is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated: 7/19/11

_____
SUSAN ILLSTON
United States District Judge

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT TIM W. PHILIPPS
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, Oakland, California 94607.

On the date indicated below, at the above-referenced business location, I served the **STIPULATION TO DISMISS WITH PREJUDICE OF DEFENDANT TIM W. PHILIPPS; PROPOSED ORDER REGARDING SAME** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Brian Gearinger, Esq.<br>R. Stephen M. LaRoe, Esq.<br>Gearinger Law Group<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA 94109<br>Tel: (415) 440-3102<br>Fax: (415) 440-3103<br>E-mail:  brian@gearinglaw.com<br>          Stephen@gearingerlaw.com | **Attorneys for Plaintiff JEFFREY GREEN** |
| Nancy E. Hudgins, Esq.<br>Matthew M. Grigg, Esq.<br>Law Offices of Nancy E. Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 979-0100<br>Fax: (415) 979-0747<br>E-mail:  mmg@hudginslaw.com | **Attorneys for Defendant<br>PRISON HEALTH SERVICES, INC.** |

Mediator

David A. Levy, Esq.
Office of the San Mateo County Counsel
400 County Center
6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4756
dlevy@co.sanmateo.ca.us

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 15, 2011.

_____
Jennifer L. Riggs

-5-

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT TIM W. PHILIPPS
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI