Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
Maya Pri-Tal Ohana, SBN. 272903
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA  94111
415-979-0100; 415-979-0747 (fax)

Attorneys for Defendant Corizon Health, Inc. (formerly Prison Health Services, Inc.)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GREEN, | Case No.:  CV 10-3915 SI |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF CLAIM AGAINST CORIZON HEALTH, INC. (FORMERLY PRISON HEALTH SERVICES, INC.); [P~~ROPOS~~ED] ORDER** |
| vs. | |
| TIM W. PHILLIPS, CITY OF DUBLIN, THE COUNTY OF ALAMEDA, PRISON HEALTH SERVICES, INC. and DOES ONE to ONE HUNDRED, inclusive, | |
| Defendants. | |

**Stipulation**

Defendant Corizon Health, Inc., (formerly Prison Health Services, Inc.) and Plaintiff Jeffrey Green stipulate that, due to a settlement, Corizon Health, Inc. should be dismissed with prejudice, with the parties to bear their own fees and costs.

SO STIPULATED:

DATED:  July 25, 2011          LAW OFFICES OF NANCY E. HUDGINS

                               /s/ *Matthew M. Grigg*
                               Matthew M. Grigg
                               Attorneys for Defendant Corizon Health, Inc.
                               (formerly Prison Health Services, Inc.)

DATED:  July 25, 2011          GEARINGER LAW GROUP

                               */s/ Brian Gearinger*
                               Brian Gearinger
                               Attorneys for Plaintiff Jeffrey Green

**Order**

Pursuant to the stipulation by Plaintiff Jeffrey Green and Defendant Corizon Health Inc, (formerly Prison Health Services, Inc.), Plaintiff's causes of action against Corizon Health, Inc. are hereby dismissed with prejudice.

SO ORDERED this 27th day of July, 2011.

_____
Susan Illston
U.S. District Court Judge