GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26548
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
CITY OF DUBLIN and COUNTY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GREEN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>TIM W. PHILIPPS, CITY OF DUBLIN, THE COUNTY OF ALAMEDA, PRISON HEALTH SERVICES, INC. and DOES ONE to ONE HUNDRED, inclusive,<br><br>　　　Defendants. | Case No.: C 10-3915 SI<br><br>**STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS CITY OF DUBLIN AND THE COUNTY OF ALAMEDA ; PROPOSED ORDER REGARDING SAME**<br><br>Complaint Filed: September 1, 2010<br>First Amended Complaint Filed: September 3, 2010 |

All parties remaining[1] in the instant suit hereby stipulate to the dismissal with prejudice of defendants THE COUNTY OF ALAMEDA and CITY OF DUBLIN, each party to bear their own costs and attorney's fees with respect to this dismissal.

---

[1] Defendant Prison Health Services Inc., recently renamed Corizon Health, Inc., was previously dismissed from this case with prejudice by Court order.

-1-

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS THE COUNTY OF ALAMEDA AND CITY OF DUBLIN
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

DATED: August 16, 2011

GEARINGER LAW GROUP

By: /s/ Brian Gearinger, Esq.[2]
BRIAN GEARINGER, ESQ.
Attorneys for Plaintiff
JEFFREY GREEN

DATED: August 15, 2011

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Jill P. Sazama, Esq.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
TIM W. PHILIPPS, CITY OF DUBLIN and COUNTY OF ALAMEDA

26548\549576

---

[2] Plaintiff's counsel agreed to this stipulation and authorized counsel for defendants Tim W. Philipps, City of Dublin and County of Alameda to place his electronic signature on this stipulation on August 16, 2011.

-2-

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS THE COUNTY OF ALAMEDA AND CITY OF DUBLIN

*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

**ORDER**

Pursuant to the stipulation of the parties, defendants THE COUNTY OF ALAMEDA and CITY OF DUBLIN are hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated: 8/25/11

_____
SUSAN ILLSTON
United States District Judge

---

-3-

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS THE COUNTY OF ALAMEDA AND CITY OF DUBLIN
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, Oakland, California 94607.

On the date indicated below, at the above-referenced business location, I served the STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS CITY OF DUBLIN AND THE COUNTY OF ALAMEDA;PROPOSED ORDER REGARDING SAME on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Brian Gearinger, Esq.<br>R. Stephen M. LaRoe, Esq.<br>Gearinger Law Group<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA  94109<br>Tel:  (415) 440-3102<br>Fax: (415) 440-3103<br>E-mail:      brian@gearingerlaw.com<br>                   Stephen@gearingerlaw.com | **Attorneys for Plaintiff JEFFREY GREEN** |
| Nancy E. Hudgins, Esq.<br>Matthew M. Grigg, Esq.<br>Law Offices of Nancy E. Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 979-0100<br>Fax: (415) 979-0747<br>E-mail:       mmg@hudginslaw.com | **Attorneys for Defendant**<br>**PRISON HEALTH SERVICES, INC.** |
| Mediator<br><br>David A. Levy, Esq.<br>Office of the San Mateo County Counsel<br>400 County Center<br>6th Floor<br>Redwood City, CA 94063<br>Telephone: (650) 363-4756<br>dlevy@co.sanmateo.ca.us | |

-4-

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS THE COUNTY OF ALAMEDA AND CITY OF DUBLIN

*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed at Oakland, California, on August 19, 2011.

_____
Carmen Kalt

26548\549576

-5-

STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS THE COUNTY OF ALAMEDA AND CITY OF DUBLIN
*Jeffrey Green vs. Tim W. Philipps, et al.*; USDC-Nor Dist. Case No. C 10-03915 SI